# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. André M. Espinosa |
| v. | : | Magistrate. No. 23-11108 |
| KAIYIR GREEN | : | **CRIMINAL COMPLAINT** |

I, Lyndsay LeBedda, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, and that this complaint is based on the following facts:

### SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

/s/ Lyndsay LeBedda
_____
Lyndsay LeBedda, Special Agent
Bureau of Alcohol, Tobacco,
Firearms, and Explosives

Special Agent Lyndsay LeBedda attested to this Complaint by telephone pursuant to F.R.C.P. 4.1(b)(2)(A) on this 26th day of July 2023.

HONORABLE ANDRÉ M. ESPINOSA
UNITED STATES MAGISTRATE JUDGE

_____
Signature of Judicial Officer

## ATTACHMENT A

### COUNT ONE
(Possession of Ammunition by a Convicted Felon)

On or about March 1, 2023, in Union County, in the District of New Jersey, and elsewhere, the defendant,

**KAIYIR GREEN**,

knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess seventeen rounds of ammunition, namely five (5) rounds of 9mm hollow point ammunition and twelve (12) rounds of round nose ammunition, and the ammunition was in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

**COUNT TWO**
(Possession of a Firearm and Ammunition by a Convicted Felon)

On or about March 1, 2023, in Essex County, in the District of New Jersey, and elsewhere, the defendant,

**KAIYIR GREEN**,

knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, namely a Glock 19 9mm machinegun, bearing serial number BTCC826, loaded with one round of 9mm ammunition, and the firearm and ammunition were in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

**COUNT THREE**
(Illegal Possession of a Machinegun)

On or about March 1, 2023, in Essex County, in the District of New Jersey, and elsewhere, the defendant,

**KAIYIR GREEN**,

did knowingly possess a machinegun, namely, a Glock 19 9mm handgun, bearing serial number BTCC826, equipped with a Glock conversion device, as defined in Title 26, United States Code, Section 5845(b).

In violation of Title 18, United States Code, Section 922(o).

## COUNT FOUR
(Possession of an Unregistered Firearm)

On or about March 1, 2023, in Essex County, in the District of New Jersey, and elsewhere, the defendant,

**KAIYIR GREEN**,

did knowingly possess a machinegun, that is, a Glock 19 9mm handgun, bearing serial number BTCC826, equipped with a Glock conversion device, as defined in Title 26, United States Code, Section 5845(b), not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Section 5861(d).

**ATTACHMENT B**

I, Lyndsay LeBedda, am a Special Agent of the Bureau of Alcohol, Tobacco, Firearms, and Explosives. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and photographs of the evidence. Where statements of others are related herein, they are related in substance and in part. Because this Complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date and time, I am asserting that it took place on or about the date and time alleged.

1. On or about March 1, 2023, at or around approximately 1:40 a.m., officers of the Elizabeth Police Department received an alert that a stolen red BMW M3 (the "BMW") was observed around or near the vicinity of Van Buren Avenue in Elizabeth, New Jersey. Law enforcement proceeded to the area and located the BMW parked on Van Buren Avenue. Thereafter, law enforcement began surveilling the BMW.

2. At approximately 2:15 a.m., law enforcement observed an individual, later identified as Kaiyir Green ("GREEN"), approach the BMW on foot and engage what appeared to be a key fob to unlock the BMW. GREEN then approached and opened the driver side door of the BMW.

3. Law enforcement then approached GREEN and ordered him to stop. GREEN refused to comply with law enforcement's command and fled the area on foot, running through the yards of several residences in the area while police gave chase before they ultimately apprehended and arrested GREEN.

4. Law enforcement searched GREEN incident to his arrest and recovered a privately manufactured firearm (the "PMF") on the inside of GREEN's pants. The PMF was loaded with a large capacity magazine containing five (5) rounds of 9mm hollow point ammunition and twelve (12) rounds of round nose ammunition (collectively, "Ammunition-1").

5. Subsequent to his arrest, GREEN was advised of and waived his *Miranda* rights in writing. GREEN then provided a recorded statement to law enforcement admitting to his possession of Ammunition-1 and further stated that he had possessed additional firearms at his residence in West Orange, New Jersey (the "Residence").

6. Based on the information provided by GREEN, law enforcement sought a search warrant for the Residence. While awaiting judicial authorization for the search warrant, law enforcement conducted surveillance of the Residence.

7. After speaking with law enforcement, GREEN was detained and thereafter made several phone calls from the Union County Detention Center on

a recorded line. Specifically, at or around approximately 2:00 p.m. on March 1, 2023, GREEN placed a call to a female individual ("Individual-1"). GREEN stated, "I need you to go to my house." GREEN then instructed Individual-1 to remove "everything" including a "black bag" from the Residence. GREEN followed with another phone call to Indiviudal-1 to inquire as to when Individual-1 would arrive at the Residence. Individual-1 responded she would go there shortly. Individual-1 asked GREEN whether "the gun is in the house?".

8.  Approximately one hour after this second call, law enforcement observed a jeep (the "Jeep") containing four occupants park in the driveway of the Residence. Law enforcement then observed a female, who was later determined to be Individual-1, enter the Residence and exit a few minutes later carrying a dark-colored duffel bag (the "Duffel Bag"). The Duffel Bag appeared weighted-down by its contents. Individual-1 placed the Duffel Bag into the Jeep, and the Jeep drove away from the area.

9.  Law enforcement followed the Jeep and conducted a motor vehicle stop. Law enforcement subsequently obtained a court-authorized search warrant for the Jeep and recovered from the Duffel Bag a Glock 19 9mm firearm, bearing serial number BTCC826, affixed with a switch rendering the firearm fully automatic (the "Firearm") and to which was attached a large capacity magazine containing one round of 9mm ammunition ("Ammunition-2"). Law enforcement also recovered from the Duffel Bag a 50-round capacity drum magazine capable of being attached to the Firearm.

10. Law enforcement determined that the Firearm, Ammunition-1, and Ammunition-2 were not manufactured in the State of New Jersey and therefore necessarily traveled in interstate commerce on or before March 1, 2023.

11. Law enforcement also determined that the Firearm was fitted with a Glock conversion device commonly referred to as a "Glock Switch." A Glock Switch has the effect of converting a semi-automatic Glock pistol into a machinegun as defined in 26 U.S.C. § 5845(b).

12. Prior to March 1, 2023, the Firearm was not registered to defendant GREEN in the National Firearms Registration and Transfer Record.

13. Prior to possessing the Firearm, Ammunition-1, and Ammunition-2, on or about March 1, 2023, GREEN was convicted of at least one felony punishable by a term of imprisonment exceeding one year. Specifically, on or about January 9, 2023, Green was convicted in the Superior Court of Essex County of Conspiracy to Commit a Theft by Unlawful Taking, contrary to N.J.S.A. 2C:20-3A and in violation of N.J.S.A. 2C:5-2; Theft by Unlawful Taking, in violation of N.J.S.A. 2C:20-3A; and Eluding an Officer, in violation of N.J.S.A. 2C:29-2B, crimes punishable by imprisonment for a term exceeding one year.